| | | |
|---|---|---|
| CAAP–13–00 05778 | State v. Richardson | Affirmed |

**February 3, 2015**

| | | |
|---|---|---|
| CAAP–13–00 06234 | State v. Constantino | Vacated and Remanded |

**February 5, 2015**

| | | |
|---|---|---|
| CAAP–13–00 00203 | State v. Guyton | Affirmed |

**February 6, 2015**

| | | |
|---|---|---|
| CAAP–12–00 00877 | Jenkins v. State | Affirmed |
| CAAP–12–00 00693 | State v. Faria | Vacated and Remanded |

**February 9, 2015**

| | | |
|---|---|---|
| CAAP–13–00 01479 | Letoto v. State | Affirmed |

**February 10, 2015**

| | | |
|---|---|---|
| CAAP–12–00 01091 | State v. McCloud | Affirmed |

**February 13, 2015**

| | | |
|---|---|---|
| CAAP–12–00 00362 | Kekuaokalani v. Gregory | Affirmed |
| CAAP–12–00 00652 | State v. Gibson | Affirmed |

**February 17, 2015**

| | | |
|---|---|---|
| CAAP–12–00 00086 | State v. St. Laurent | Affirmed |

**February 18, 2015**

| | | |
|---|---|---|
| CAAP–13–00 05779 | State v. Weeks | Affirmed |